**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT   2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Shaun Francis, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 1684 |
| | ) |
| Food & Drug Admin., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The application will be granted, but the complaint will be dismissed for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff expresses his concern that the Food and Drug Administration ("FDA") is incompetent. (Compl. at 1.) He believes that the FDA has approved for sale a steroid perfume that constitutes sexual harassment by those who wear this steroid perfume. (*Id.*) Plaintiff's own experience is that smelling such steroid perfume gives a person "dirty thoughts" and he is concerned that this substance poses as great a threat to society in general as the atom bomb. (*Id.*) He contends that he was the victim of persons who wear this substance, and that he lost a job over its effect on him, which he considers to be sexual harassment. (*Id.* at 6.) Plaintiff seeks $200 million from the FDA.

Where a plaintiff is proceeding *in forma pauperis*, a court is obligated to review the complaint and dismiss it if it is clear that it fails to state a claim upon which relief may be

3

granted.  Here, the complaint states no claim upon which relief may be granted.  Accordingly, the

complaint will be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Date:  9/18/08

_E  S Huck_
United States District Judge